**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO. 6:26-CV-1741-GAP-DCI**

**SECURITIES AND EXCHANGE COMMISSION,**

**Plaintiff,**

**v.**

**GOLIATH VENTURES INC., and CHRISTOPHER A. DELGADO,**

**Defendants.**

______________________________________/

# NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

- *United States of America v. Delgado*, Case No. 6:26-cr-00158-GAP-NWH (M.D. Fla.) filed 06/23/2026
- *Commodity Futures Trading Commission v. Goliath Ventures, Inc. and Christopher Delgado*, Case No. 6:26-cv-01737-GAP-NWH (M.D. Fla.) filed 08/11/2026
- *United States of America v. Assets Identified in Paragraph One of Verified Complaint*, Case No. 6:26-cv-1134-AGM-LHP (M.D. Fla.) filed Futures Trading Commission v. Goliath Ventures, Inc. et al., Case No. 6:26-cv-01737-GAP-NWH (M.D. Fla.) filed 05/21/2026
- *In re Goliath Ventures Inc.*, No. 1:26-bk-13174-RAM, U.S. Bankruptcy Court, Southern District of Florida (Miami), filed 03/16/2026 (Jointly Administered, LEAD)

- *In re Goliath Ventures Inc.*, Case No. 1:26-bk-13176-RAM, U.S. Bankruptcy Court, Southern District of Florida (Miami), filed 03/16/2026 (Jointly Administered, Member)
- *Mehal Patel v. Goliath Ventures Inc.*, Case No. CACE-26-003310 (17th Jud. Cir., Broward Co.), (Judge Michael A. Robinson), filed 02/25/2026, closed 06/12/2026
- *Prestige Florida Property Investment, LLC v. Goliath Ventures, Inc. et al.*, Case No. 6:26-cv-392-GAP-RMN (M.D. Fla.) filed 02/18/2026
- *Gregory S. Wilson v. Goliath Ventures, Inc.*, Case No. CACE26002371 (17th Jud. Cir., Broward Co.) filed 02/10/2026 (Judge Keathan B. Frink)
- *John D. Euliano, et al. v. Goliath Ventures Inc.*, Case No. CACE26002331 (17th Jud. Cir., Broward Co.) (Judge Fabienne E. Fahnestock), filed 02/10/2026, closed 05/26/2026
- *Swami Family Trust Dated February 22, 2024, et al.* v. Mathow et al., Case No. 6:26cv1610-RBD-LHP (M.D. Fla.), filed 07/24/2026 (note: Defendant Goliath Ventures Inc. terminated: 08/03/2026)
- *T&C Investing Corp. v. Delgado et al.*, Case No. 26-cv-21612-JB (S.D. Fla.), filed 03/11/2026, closed 06/06/2026
- *TwentyWon Ventures LLC v. Goliath Ventures, Inc.*, Case No. CACE26001290 (17th Jud. Cir., Broward Co.) (Judge John B. Bowman), filed 01/23/2026, closed 03/04/2026

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

Dated: August 25, 2026

Respectfully submitted,

s/Alice Sum
Alice Sum, Esq.
Senior Trial Counsel
Florida Bar No. 354510
Direct Dial: (305) 416-6293
Email: sumal@sec.gov

**ATTORNEY FOR PLAINTIFF**
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Telephone: (305) 982-6300